[968 NE2d 994, 945 NYS2d 639]

SARBJEET KAUR, as Receiver of Gladys Towncars, Inc. and Another, Respondent, v AMERICAN TRANSIT INSURANCE COMPANY et al., Defendants, and BAKER, McEVOY, MORRISSEY & MOSKOVITS, P.C., Appellant.

Decided May 1, 2012

828

### APPEARANCES OF COUNSEL

*Steinberg & Cavaliere, LLP*, White Plains (*Ronald W. Weiner* of counsel), for appellant.

*Sivin & Miller, L.L.P.*, New York City (*Edward Sivin* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, order of Supreme Court, New York County, reinstated and certified question answered in the negative. Triable issues of fact exist concerning defendant-appellant's successor liability (*see Schumacher v Richards Shear Co.*, 59 NY2d 239, 245 [1983]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.